730 A.2d 1289

CYNTHIA KRISTIANSEN, ADMINISTRATRIX AND ADMINISTRA-
TRIX AD PROSEQUENDEM OF THE ESTATE OF KYLE KRIS-
TIANSEN, DECEASED AND CYNTHIA KRISTIANSEN, INDI-
VIDUALLY, PLAINTIFF–APPELLANT, v. ROBERT MORGAN,
ET AL., DEFENDANTS, AND STATE OF NEW JERSEY, DE-
PARTMENT OF TRANSPORTATION, DEFENDANT–RESPON-
DENT.

March 15, 1999.

The opinion and judgment of the Court in the within matter
having been filed on March 12, 1998, and reported at 153 *N.J.* 298,
708 *A.*2d 1173, and the Court having determined that a reference
to *N.J.S.A.* 34:15–10 contained therein requires clarification;

And good cause appearing;

It is ORDERED that the court's opinion is modified as follows
at 154 *N.J.* 312, 712 *A.*2d 1116:

The Legislature clearly chose only ~~three~~ two categories of workers to whom it would extend an election of whether to file a common-law tort action or a claim for benefits under the Act. *N.J.S.A.* 34:15–10 provides an election to ~~two groups of injured employees.~~ children under the age of eighteen. That section also provides that injured employees: (1) ~~those~~ under the age of eighteen without proper employment certificates; ~~and~~ or (2) ~~those~~ employed in violation of our child labor laws. ~~They~~ may elect to pursue workers' compensation benefits in the Division that are double the normal benefits, or ~~they~~ may file a common law negligence action in the Superior Court against the employer and fellow worker.

[Citations and remainder of paragraph omitted.]

and it is further

ORDERED that this Order be published as a supplement to the Court's opinion in the within matter.